Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of miniature leather novelties similar in all material respects to those the subject of *United States* v. *Ignaz Strauss & Co., Inc.* (37 C. C. P. A. 32, C. A. D. 415), the claim of the plaintiff was sustained.

**No. 54577.**—Gem Starstone Corp. et al. *v.* United States, protests 122104–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54578.**—Heller Hope Co. *v.* United States, protests 126215–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54579.**—Kittay & Blitz et al. *v.* United States, protests 130736–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

BEFORE THE SECOND DIVISION, AUGUST 1, 1950

**No. 54580.**—William Hauser *v.* United States, protest 153393–K (New York).

Opinion by RAO, J. An examination of the official papers revealed that the